# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:12-CR-9** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **TRISTAN GREEN** | : | |

## **ORDER**

AND NOW, this 8th day of January, 2013, upon consideration of the motion to dismiss under rule 602 for lack of personal knowledge (Doc. 112), filed by *pro se* by defendant Tristan Green on December 26, 2012, and it appearing that defendant is represented by counsel, John A. Abom, but filed the instant motion without assistance therefrom, see United States v. D'Amario, 268 F. App'x 179, 180 (3d Cir. 2008) ("The Constitution does not confer a right to proceed simultaneously by counsel and pro se . . . ."); see also United States v. Vampire Nation, 451 F.3d 189, 206 n.17 (3d Cir. 2006), it is hereby ORDERED that the motion (Doc. 112) is DENIED without prejudice to defendant's right to file a motion seeking similar relief with the assistance of counsel or subsequent to the court deeming defendant *pro se* in the above-captioned matter.

                                                          S/ Christopher C. Conner
                                                          CHRISTOPHER C. CONNER
                                                          United States District Judge