UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-2546
_____

UNITED STATES OF AMERICA

v.

TRISTAN GREEN,
          Appellant
_____

On Appeal from the District Court
for the Middle District of Pennsylvania
D.C. Criminal No. 1-12-cr-00009-003
(Honorable Christopher C. Conner)
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
January 10, 2014

Before: SMITH, SHWARTZ, and SCIRICA, *Circuit Judges*

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on January 10, 2014.  On consideration whereof, it is now hereby

1

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered May 30, 2013 be, and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

DATED:     April 22, 2014