IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:12-CR-9 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **TRISTAN GREEN (3),** | : | |
| | : | |
| **Defendant** | : | |

# ORDER

AND NOW, this 17th day of June, 2020, upon consideration of the initial motion (Doc. 331) and supplemental motion (Doc. 398) by defendant Tristan Green to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, it is hereby ORDERED that:

1. Green's motions (Docs. 331, 398) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 are DENIED.

2. A certificate of appealability is DENIED. See 28 U.S.C. § 2255 Rule 11(a).

3. The Clerk of Court is directed to close the corresponding civil case number 1:16-CV-1247.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania